**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

MACK D. COOK and SYLVIA COOK,

Plaintiffs, 5:26-cv-01342 (BKS/MJK)

v.

CITY OF CORTLAND, NY (a municipal corporation),

Defendant.

---

**Appearances:**

*For Plaintiffs:*
J. Justin Woods
The Law Offices of J. Justin Woods PLLC
2 South Street
Auburn, NY 13021

*For Defendant:*
Phillips Lytle LLP
Craig R. Bucki
James R. O'Connor
Emma P. Murphy
One Canalside
125 Main Street
Buffalo, NY 14203

**Hon. Brenda K. Sannes, Chief United States District Judge:**

**TEMPORARY RESTRAINING ORDER**

Having carefully considered the parties' submissions and arguments, and for the reasons stated on the record during the August 28, 2026 telephone conference, the Court grants Plaintiffs' motion for a temporary restraining order enjoining the Defendant's termination of Plaintiffs' existing health-insurance coverage**.** (Dkt. No. 13). The Court will issue a written decision formalizing this order and setting forth the Court's findings of fact and conclusions of law. Accordingly, it is

**ORDERED** that Plaintiffs' motion for a temporary restraining order (Dkt. No. 13) is **GRANTED**; and it is further

**ORDERED** that the City of Cortland is enjoined from terminating or allowing the lapse of Plaintiffs' existing health-insurance coverage and shall take all steps necessary to prevent any break in coverage during the term of this Order; and it is further

**ORDERED** that this Order expires on September 11, 2026, unless before that time the Court, for good cause, extends it for a like period or the City consents to a longer extension; and it is further

**ORDERED** that a bond is waived.

Dated: August 28, 2026
Syracuse, New York

Brenda K. Sannes
Brenda K. Sannes
Chief U.S. District Judge